```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
THE PORT AUHORITY OF NEW YORK AND                           :
NEW JERSEY,                                                 :   21 Civ. 2539 (LGS)
                                  Plaintiff,                :
                                                            :   ORDER
            -against-                                       :
                                                            :
NYNJ LINK DEVELOPER LLC,                                    :
                                  Defendant.                :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Defendant has filed a pre-motion letter seeking leave to file a motion to dismiss (Dkt. No. 15). Plaintiff opposes (Dkt. No. 19). It is hereby

**ORDERED** that by **May 6, 2021**, Defendant shall file an affidavit from a person with personal knowledge stating the facts that form the basis for Defendant's assertion that its sole member has its principal place of business in New Jersey.

Dated: April 29, 2021
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**